# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Chavius Marquette Barber,

    Plaintiff(s),

vs.

USA,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:11cv243/3:07cr61

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 16, 2011 Order.

Signed: May 16, 2011

Frank G. Johns, Clerk
United States District Court